1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM L. STEWART,

11           Plaintiff,                          No. CIV S-06-1019 MCE KJM P

12        vs.

13   JIMMY WALKER, et al.,

14           Defendants.                    FINDINGS & RECOMMENDATIONS

15   _____/

16           By order filed December 18, 2006, plaintiff's complaint was dismissed and leave

17   to file an amended complaint was granted.  The period of time granted for leave to file an

18   amended complaint has expired, and plaintiff has not filed an amended complaint.

19           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21           These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, plaintiff may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

26   /////

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:  March 15, 2007.

4   _____

   U.S. MAGISTRATE JUDGE

6   1/mp

   stew1019.fta