IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. STEWART,

    Plaintiff,                     No. CIV S-06-1019 MCE KJM P

    vs.

JIMMY WALKER, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 16, 2007, this court vacated its findings and recommendations recommending dismissal of this action and granted plaintiff leave to file an amended complaint. The time period for filing an amended complaint has now expired, and plaintiff has not filed an amended complaint.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: April 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
stew1019.fta